USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 APR 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
John Nininger and Maureen Nininger,  :

                 Plaintiffs,  :

   -against-  :

Brian Buchner,  :
               Defendant.  :
------------------------------------------------------X

09 Civ. 1908 (PAC)

Order

HONORABLE PAUL A. CROTTY, United States District Judge:

The Rules for the Division of Business Among District Judges "are adopted for the internal management of the case load of the court and shall not be deemed to vest any rights in litigants or their attorneys . . . ." Rule 21(a) provides that

> "a civil case shall be designated for assignment to White Plains if (i) the claim arose in whole or in major part in the counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties . . ." (emphasis supplied)

This case meets the requirements of Rule 21(a)(i). The work site accident which gives rise to the claim occurred exclusively in Hyde Park, Dutchess County, and the Defendant resides in Dutchess County, as well. Indeed, the sole connection of this case with New York City is the office of the Plaintiffs' attorney; but Rules instruct us that is not a relevant factor.

Accordingly, the Clerk of the Court is directed to transfer and reassign this case to the United States District Court in White Plains, New York.

Dated: New York, New York
       April 30, 2009

SO ORDERED

PAUL A. CROTTY
United States District Judge